IN THE UNITED STATES DISTRICT COURT
FOR THE __US__ DISTRICT OF __Columbia__ Washington DC
(State in which court is located)

_Stephanie Harris_
(Customer's Name)

Movant,

v.

UNITED STATES POSTAL SERVICE,
OFFICE OF INSPECTOR GENERAL

Respondent.

Case: 1:24–mc–00052
Assigned To : Contreras, Rudolph
Assign. Date : 4/26/2024
Description: MISC. (O–Deck)

MOTION FOR ORDER PURSUANT
TO CUSTOMER CHALLENGE
PROVISIONS OF THE RIGHT TO
FINANCIAL PRIVACY ACT OF 1978

_Stephanie Harris_ hereby moves this Court, pursuant to the Right to Financial Privacy
(Customer's Name)

Act of 1978, 12 U.S.C., section 3410, for an Order preventing the Government from obtaining access to my financial records. The agency seeking access is the U.S. Postal Service, Office of Inspector General.

My financial records are held by __JP Morgan Chase BANK__
(Name of Financial Institution)

In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

_4/26/24_
(Date)

_4119 PARTERRE DR_

_Frisco TX 75033_
(Customer's Address)

_(310) 721-1147_
(Customer's Telephone Number)

_____
(Customer's Signature)

_Stephanie Harris_
(Print or Type Customer's Name)