## IN THE UNITED STATES DISTRICT COURT

FOR THE _US_ DISTRICT OF _Columbia Washington DC_
(State in which court is located)

|  |  |
|---|---|
| Stephanie Harris | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| (Customer's Name) | |
| Movant, | |
| v. | |
| UNITED STATES POSTAL SERVICE, OFFICE OF INSPECTOR GENERAL, | |
| Respondent. | |

Case: 1:24-mc-00052
Assigned To : Contreras, Rudolph
Assign. Date : 4/26/2024
Description: MISC. (O-Deck)

SWORN STATEMENT OF MOVANT

I, _Stephanie Harris_, (am presently/was previously) a customer of
(Customer's Name)

_JP Morgan Chase BANK_
(Name of Financial Institution)

and I am the customer whose records are being requested by the Government.

The financial records sought by the U.S. Postal Service, Office of Inspector General, are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because _SEE ATTATCHED LETTER_
_____, or

should not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 because _SEE ATTATCAed Letter_
_____, or

should not be disclosed on the following other legal basis because_____
_SEE ATTATCHed Letter_
_____

I declare under penalty of perjury that the foregoing is true and correct.

_4/26_, 20_24_
(Date)

_____
(Customer's Signature)